IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01332-RPM-KMT

SUE MITCHELL,

    Plaintiff,

v.

CONTINENTAL COLLECTION AGENCY, LTD,

    Defendant.

_____

ORDER DISMISSING CASE WITH PREJUDICE
_____

Pursuant to the Stipulation of Dismissal With Prejudice, filed October 12, 2010 [9], it is

ORDERED that this civil action is dismissed with prejudice with each party to pay his or its own attorney's fees and costs.

DATED: October 13th, 2010

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge